CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
<u>Mail</u>: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY DEVELOPMENT COMPANY, a Partnership;<br>R & S ERECTION OF SANTA CLARA COUNTY, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case No.: 5:20-CV-04549-LHK<br><br>**NOTICE OF SETTLEMENT** |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case.

The plaintiff expects that the stipulation for dismissal with prejudice as to all parties will be filed within 60 days.

CENTER FOR DISABILITY ACCESS

Dated: September 22, 2020    By: <u>/s/ Amanda Seabock</u>
                                            Amanda Seabock
                                            Attorney for Plaintiff

Notice of Settlement            -1-            5:20-CV-04549-LHK