CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

JAMES D. FARWELL (SBN: 237511)
STEPHEN A. HORNER (SBN: 292971)
steve@farwellrashkis.com
FARWELL RASHKIS, LLP
2223 W. Main St., Suite B
Los Gatos, CA 95030
Telephone: (408) 399-0505
Attorneys for Defendant
City Development Company

FRED W. THOMPSON (SBN: 210289)
Fred@kingandthompsonlaw.com
KING AND THOMPSON, APC
39199 Paseo Padre Parkway, Suite D
Fremont, CA 94538-1633
Telephone: (510) 770-5770
Facsimile: (510) 651-8043
Attorneys for Defendant
R & S Erection of Santa Clara County, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CITY DEVELOPMENT COMPANY, a Partnership; R & S ERECTION OF SANTA CLARA COUNTY, INC., a California Corporation; and Does 1-10,<br><br>　　Defendants. | Case: 5:20-CV-04549-LHK<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: October 16, 2020        CENTER FOR DISABILITY ACCESS

                                                    By: /s/ Amanda Seabock
                                                         Amanda Seabock
                                                         Attorneys for Plaintiff

Dated: October 16, 2020        FARWELL RASHKIS, LLP

                                                  By: /s/ Stephen A. Horner
                                                        James D. Farwell
                                                        Stephen A. Horner
                                                         Attorneys for Defendant
                                                         City Development Company

Dated: October 16, 2020        KING AND THOMPSON, APC

                                                  By: /s/ Fred W. Thompson
                                                         Fred W. Thompson
                                                         Attorneys for Defendant
                                                         R & S Erection of Santa Clara County, Inc.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Stephen A. Horner and Fred W. Thompson, counsel's for City Development Company and R & S Erection of Santa Clara County, Inc., respectively, and that I have obtained Mr. Horner's and Mr. Thompson's authorization to affix their electronic signature to this document.

Dated: October 16, 2020            CENTER FOR DISABILITY ACCESS

                                                By: /s/ Amanda Seabock
                                                    Amanda Seabock
                                                    Attorneys for Plaintiff